UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SIRIRAT THEERACHAYAVARANONT,
an individual

        Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No: 2:15-cv-188-FtM-38MRM

RED LOBSTER HOSPITALITY, LLC,

        Defendant.
_____/

### ORDER[1]

This matter comes before the Court on *pro se* Plaintiff Sirirat Theerachayavaranont's response to the Court's Order to Show Cause dated November 22, 2016. (Doc. #30). The Court previously ordered Plaintiff to advise it on whether she submitted this case to arbitration. (Doc. #29; Doc. #26). Plaintiff responds that she is "somewhere in the midst of arbitration" and that "arbitrator thinks possibly sometime in Jan. 2017 before process is finished." (Doc. #30). Based on Plaintiff's response, the Court will take no further action on its Order (Doc. #29).

Accordingly, it is

**ORDERED:**

(1) The Court discharges its Order to Show Cause dated November 22, 2016. (Doc. #29).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(2) Plaintiff Sirirat Theerachayavaranont is **DIRECTED** to advise the Court, in writing, as to the status of arbitration on or before **January 31, 2017**.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of December 2016.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record