UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SIRIRAT THEERACHAYAVARANONT,
an individual

        Plaintiff,

v.                                Case No:  2:15-cv-188-FtM-38MRM

RED LOBSTER HOSPITALITY, LLC,

        Defendant.
_____/

## ORDER

This matter comes before the Court on *pro se* Plaintiff Sirirat Theerachayavaranont's notice filed on January 12, 2017.  (Doc. #32).  Plaintiff advises that an arbitration hearing is scheduled for February 8, 2017.  (Doc #32).  This notice satisfies the Court's previous directive that she advise on the status of arbitration before January 31, 2017.  (Doc. #31 at 2).

Accordingly, it is now

**ORDERED:**

The parties shall file, within three (3) days of the arbitrator's decision, a **joint report** that states the arbitrator's final decision and, if needed, requests the stay to be lifted.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of January 2017.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record